COMMONWEALTH of Pennsylvania, Respondent,

v.

William GRIBBLE, Petitioner.

Supreme Court of Pennsylvania.

March 27, 1998.

### ORDER

PER CURIAM

AND NOW, this 27th day of March, 1998, upon consideration of petitioner's emergency motion for a stay of execution, and the Commonwealth's concurrence with this application, IT IS HEREBY ORDERED that petitioner's application is GRANTED and his execution will be stayed pending action by the United States Supreme Court on his petition for writ of certiorari from this Court's ruling in *Commonwealth v. Gribble*, —— Pa. ——, 703 A.2d 426 (1997).

COMMONWEALTH of Pennsylvania, Respondent,

v.

Jeffry Lee KIBE, Petitioner.

Supreme Court of Pennsylvania.

March 27, 1998.

Timothy L. Clawges, Mechanicsburg, for petitioner.

### ORDER

PER CURIAM.

AND NOW, this 27th day of March, 1998, the petition for allowance of appeal is granted, the judgment of sentence is vacated and the case is remanded to the Cumberland County Court of Common Pleas for a new trial. *See Commonwealth v. Lawson*, 548 Pa. 588, 699 A.2d 1246 (1997); *Commonwealth v. Khorey*, 521 Pa. 1, 555 A.2d 100 (1989).

CASTILLE, J., dissents.

John HOLLAWELL, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

March 31, 1998.

### ORDER

PER CURIAM:

AND NOW, this 31st, day of March, 1998, the Order of the Commonwealth Court is affirmed.